JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

STATE FARM MUTUAL
AUTOMOBILE INSURANCE
COMPANY,

        Plaintiff,

    v.

MERCEDES-BENZ USA, LLC and
FLETCHER JONES MOTORCARS,
INC.,

        Defendants.

Case No: 2:23-cv-03462-JLS-RAO

**ORDER OF DISMISSAL**

Based on the stipulation of the parties (Doc. 48), the stipulation to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) is approved. The entire action, including all claims and counterclaims stated herein against all Parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorneys' fees.

**IT IS SO ORDERED.**

DATED:  December 29, 2023

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE